The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN MAGIC REAL ESTATE, INC., a Washington corporation, d/b/a RE/MAX Champions<br><br>Plaintiff,<br><br>v.<br><br>RE/MAX INTERNATIONAL, INC. d/b/a RE/MAX PACIFIC NORTHWEST REGION, a Colorado corporation,<br><br>Defendant. | Case No. CV9-212L<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY DEADLINES PENDING DETERMINATION OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR IMPROPER VENUE**<br><br>**NOTE ON MOTION CALENDAR**<br>**March 31, 2009** |

THIS MATTER came before the Court on Plaintiff American Magic Real Estate, Inc.'s and Defendant RE/MAX International, Inc.'s Stipulated Motion to Stay Discovery Deadlines Pending Determination of the Motion to Dismiss Plaintiff's First Amended Complaint for Improper Venue. The Court, having considered the papers submitted in support of this motion, finds and concludes that it is appropriate to stay all discovery deadlines set forth in the Court's March 5, 2009 Order Regarding Initial Disclosures, Joint Status Reports, and Early Settlement.

ORDER GRANTING STIPULATED
MOTION TO STAY

CV9-212L                    -1-
#900089.1

Davis Graham & Stubbs LLP
1550 17th St., Ste. 500
Denver, CO 80202
(303) 892-7356

Now, therefore, it is hereby ORDERED that:

1) Plaintiff American Magic Real Estate, Inc.'s and Defendant RE/MAX International, Inc.'s Stipulated Motion to Stay Discovery Deadlines is GRANTED;

2) The deadlines set forth in the Court's March 5, 2009 Order for a Fed. R. Civ. P. 26(f) conference, the parties' Fed. R. Civ. P. 26(a)(1) disclosures, and the parties' combined joint status report are stayed pending this Court's ruling on the pending Motion to Dismiss Plaintiff's First Amended Complaint for Improper Venue; and

3) Defendant RE/MAX International, Inc.'s Motion to Stay All Proceedings Pending Determination of Motion to Dismiss Plaintiff's First Amended Complaint for Improper Venue (Dkt. 25) is denied as moot.

Dated this 6th day of April, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO STAY

CV9-212L -2-

Davis Graham & Stubbs LLP
1550 17th St., Ste. 500
Denver, CO 80202
(303) 892-7356

*Presented by:*

DAVIS GRAHAM & STUBBS LLP

By: /s
    Thomas P. Johnson, admitted *pro hac vice*
    Lydia M. Floyd, admitted *pro hac vice*
    DAVIS GRAHAM & STUBBS LLP
    1550 Seventeenth Street, Suite 500
    Denver, CO 80202
    Telephone: (303) 892-9400
    Fax: (303) 893-1379

    Kenneth E. Payson, WSBA# 26369
    DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101
    Telephone: (206) 622-3150
    Fax: (206) 757-7700

Attorneys for Defendant RE/MAX International, Inc.

*And*

WILLIAMS, KASTNER & GIBBS PLLC

By: /s
    Rodney L. Umberger
    Todd R. Sorensen
    Two Union Square
    601 Union Street, Suite 4100
    Seattle, Washington 88101
    Telephone: 206-628-6600
    Fax: 206-628-6611

Attorneys for Plaintiff American Magic Real Estate, Inc.

ORDER GRANTING STIPULATED
MOTION TO STAY

CV9-212L    -3-

Davis Graham & Stubbs LLP
1550 17th St., Ste. 500
Denver, CO 80202
(303) 892-7356